## COCHRAN v. BIDDLE.

High Court of Errors and Appeals.   June 19, 1822.

*Ridgely's Notebook IV, 50.*

JOHN ROBINSON v. ELIZABETH ROBINSON and
MASON ABBOT

Court of Chancery. Sussex. July, 1822.

*Ridgely's Notebook IV, 53.*

THE CHRISTIANA CANAL COMPANY v. JEREMIAH LEWDEN.

Court of Chancery. New Castle. In Vacation. July, 1822.

*Ridgely's Notebook IV, 55.*

